

FILED

MAY 0 4 2020

Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BRIAN HUTCHINSON, | CV 19–195–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| CITY OF THOMPSON FALLS, | |
| Defendant. | |

The parties have filed a stipulation to extend the deadline for amending pleadings to May 15, 2020. (Doc. 13.) Pursuant to the Court's Scheduling Order (Doc. 12), the parties may extend any of the Court's deadlines that precede the motions deadline without a court order. Accordingly, no action is required of, nor will be taken by, the Court pursuant to the stipulation.

DATED this 4th day of May, 2020.

Dana L. Christensen, District Judge
United States District Court

1