IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BRIAN HUTCHINSON,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF THOMPSON FALLS,<br><br>Defendant. | CV 19–195–M–DLC<br><br><br><br>ORDER |

Pursuant to the parties' Stipulated Motion for Dismissal with Prejudice (Doc. 76),

IT IS ORDERED that this matter is DISMISSED with prejudice, each party to bear its own costs and attorney's fees.

Dated this 27th day of July, 2021.

_____
Dana L. Christensen, District Judge
United States District Court